AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Schanzle-Haskins, Thomas P. | **2. Court or Organization**<br><br>United States District Court Central District of Illinois | **3. Date of Report**<br><br>4/25/2018 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full-time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

600 East Monroe, Rm 124
Springfield, IL 62701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2017 | State of Illinois Retirement |
| 2. 10/2017 | Family Farm Rental |
| 3. 1-12/2017 | Midwest Region Organizing Comm, LIUNA |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 4/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank, Springfield, Illinois | Unsecured line of credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 4/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Life Insurance Policy | | None | K | T | | | | | |
| 2. Interest bearing check acct, Illinois National Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 3. Wells Fargo Savings Account | A | Dividend | J | T | | | | | |
| 4. CAIBX Capital Income Builder | B | Dividend | L | T | | | | | |
| 5. AGTHX Gr Fd of Am | A | Dividend | L | T | | | | | |
| 6. AMECX Income Fd of Am | B | Dividend | L | T | | | | | |
| 7. AIBAX Intermediate Bond FD | A | Interest | | | Sold | 08/22/17 | J | A | |
| 8. AIVSX Investment Co. of Am | A | Dividend | L | T | | | | | |
| 9. ANWPX New Perspective | A | Dividend | L | T | Buy (add'l) | 08/22/17 | K | | |
| 10. SMCWX Small Cap World FD | A | Dividend | L | T | Sold (part) | 08/22/17 | K | D | |
| 11. ASBAX Short Term BD FD | A | Interest | J | T | Sold (part) | 08/25/17 | K | A | |
| 12. ASBAX Short Term BD FD | A | Interest | J | T | Sold (part) | 08/22/17 | J | A | |
| 13. ABA Retirement Fund - Stable Asset Return Fund (See Part VIII) | | None | | | Sold | 08/01/17 | M | | |
| 14. ABA Retirement Fund - Large Cap Equity Fund (See Part VIII) | | None | | | Sold | 08/01/17 | K | | |
| 15. ABA Retiremend Fund - International All Cap Equity Fund (See Part VIII | | None | | | Sold | 08/01/17 | K | | |
| 16. ACN Accenture PLC | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 17. AMZN Amazon Com Inc. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 4/25/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BERY Berry Plastics Group | | None | | | Sold | 04/07/17 | J | A | |
| 19. CP Canadian Pacific Rail LTD | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 20. CELG Celgene Corp | | None | | | Buy | 08/22/17 | J | | |
| 21. CELG Celgene Corp | | None | | | Sold | 11/14/17 | J | A | |
| 22. FB Facebook Inc. Class A | | None | | | Sold | 04/07/17 | J | A | |
| 23. GD Genl Dynamics Corp. | A | Dividend | J | T | Sold (part) | 04/07/17 | J | A | |
| 24. ITW Illinois Tool Works | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 25. LIL Lennox International | A | Dividend | | | Sold | 04/07/17 | J | B | |
| 26. MSFT Microsoft Corp. | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 27. PKG Packaging Corp of Am | | None | | | Sold | 04/07/17 | J | A | |
| 28. POGRX Primecap Odyssey Growth | A | Dividend | | | Sold | 04/07/17 | K | B | |
| 29. VTMSX VanGuard Tax Managed | A | Dividend | | | Sold | 04/07/17 | K | A | |
| 30. V Visa Inc. Class A | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 31. WCN Waste Connections Inc. | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 32. NEWFX New World Fd | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 33. LSWWX Loomis S Gl Alloc | A | Dividend | K | T | Buy | 05/08/17 | K | | |
| 34. DODBX Dodge & Cox Bal Fd | B | Dividend | K | T | Buy | 04/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 4/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FRC Fst Rep Bk | | None | | | Buy | 04/07/17 | J | | |
| 36. FRC Fst Rep Bk | | None | | | Sold | 04/13/17 | J | A | |
| 37. JPM JP Morgan Chse Bk | | None | | | Buy | 04/07/17 | J | | |
| 38. JPM JP Morgan Chse Bk | | None | | | Sold | 04/13/17 | J | A | |
| 39. VBK Vanguard Sm Cap Gr | | None | | | Buy | 04/07/17 | J | | |
| 40. VBK Vanguard Sm Cap Gr | | None | | | Sold | 05/08/17 | J | A | |
| 41. BLK Blackrock | | None | J | T | Buy | 11/14/17 | J | | |
| 42. QQQ Nasdaq 100 ETF | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 43. DFIEX DFA Intl Core Eqty Port Instl | | None | J | T | Buy | 09/05/17 | J | | |
| 44. DFUVX DFA Large Cap Value III Portfolio | | None | J | T | Buy | 09/05/17 | J | | |
| 45. DISVX DFA Intl Small Cap Value Port Instl | | None | J | T | Buy | 09/05/17 | J | | |
| 46. DFCEX DFA Emerging Mkts Core Eqty Port Instl | | None | J | T | Buy | 09/05/17 | J | | |
| 47. BOSVX Bridgeway Omni Sm Cap Value Fd | | None | K | T | Buy | 09/05/17 | K | | |
| 48. DFVIX DFA Intl Value III Port | | None | J | T | Buy | 09/05/17 | J | | |
| 49. DFXIX DFA Diversified Fixed Incm Port Inst | | None | M | T | Buy | 09/05/17 | M | | |
| 50. DFQTX DFA US Core Eqty 2 Port Instl | | None | K | T | Buy | 09/05/17 | K | | |
| 51. Schwab Money Market | C | Int./Div. | J | T | Buy | 09/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 4/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 13-15: The assets listed on Lines 13, 14, and 15 of Part VII were assets in the Brown, Hay, & Stephens, LLP 401k Profit Sharing Plan and the Brown, Hay, & Stephens, LLP DC Pension Plan. The assets in these two plans were rolled into an IRA. The assets of the IRA into which the Profit Sharing Plan and Pension Plan Assets were rolled are listed on Lines 43-50 of Part VII. Consequently, the assets listed as ABA Retirement Fund Assets on Lines 13, 14, and 15 no longer exist and will not be shown in any future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Schanzle-Haskins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544